**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  :NO.  500
 :
DESIGNATION OF CHAIR AND VICE- :MAGISTERIAL RULES DOCKET
CHAIR OF THE MINOR COURT RULES :
COMMITTEE  :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 13th day of July, 2022, the Honorable Charles Hayden is hereby designated as Chair, and Magisterial District Judge Daniel E. Butler is hereby designated as Vice-Chair, of the Minor Court Rules Committee, commencing August 28, 2022.